UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINA LISITSA,<br><br>                    Plaintiff,<br><br>-against-<br><br>JOHN BELL YOUNG,<br><br>                    Defendant. | 16-cv-5903 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than September 13, 2022, of the status of the appointment of the administratrix for the deceased Defendant's estate.

**SO ORDERED.**

Dated:   September 6, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1