UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINA LISITSA,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>JOHN BELL YOUNG,<br><br>                              Defendant. | 16 Civ. 05903 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

By **July 5, 2023**, Plaintiff shall file a letter, on behalf of both parties, addressing (1) the status of the appointment of the administratrix for the deceased Defendant's estate, and (2) whether Plaintiff intends to continue prosecuting this action.

The Clerk of Court is directed to mail this Order to the *pro se* Defendant, at the following address:

> John Bell Young
> c/o D. Cohen
> 224 Western Ave.
> Brattleboro, VT 05301

SO ORDERED.

Dated: June 13, 2023
       New York, New York

JENNIFER H. REARDEN
United States District Judge