UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINA LISITSA,<br><br>                Plaintiff,<br><br>          -v.-<br><br>JOHN BELL YOUNG,<br><br>                Defendant. | 16 Civ. 05903 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      This case, filed in 2016, was reassigned to this Court in 2023.  Over the past seven-and-a-half years—punctuated by entire years of inaction by the parties—the Court has afforded Plaintiff multiple opportunities to indicate whether she intends to continue litigating this action.  She has not done so.

      To wit, on September 6, 2022—after more than five years of inactivity on the docket—the previously assigned Judge ordered counsel to "confer and inform [her] by letter no later than September 13, 2022, of the status of the [action]."  ECF No. 41.  Neither party did so.  On March 1, 2023, this Court directed the parties "to file a joint letter updating the Court on the status of the case."  ECF No. 42 at 1.  The parties again failed to respond.  Then on June 13, 2023, the Court ordered that, "[b]y **July 5, 2023**, Plaintiff shall file a letter, on behalf of both parties, addressing [*inter alia*] whether Plaintiff intends to continue prosecuting this action."  ECF No. 43 (emphasis in original).  Plaintiff filed no such letter.

      "Plaintiff[] ha[s] failed to comply with the Court's repeated orders to file a simple status letter, ignoring three orders in a row, spanning more than [seventy-five] weeks.  Due to Plaintiff[']s repeated failure to comply with the Court's orders, the case is effectively dormant and cannot proceed without Plaintiff[']s participation."  *De La Cruz v. Park Ave. S. Mgmt. LLC*, 23 Civ. 6894 (LGS) (S.D.N.Y. Nov. 13, 2023).  Accordingly, "[n]o letter[s] having been sent in

response to the court's order[s], . . . this case is hereby DISMISSED for failure to prosecute."

*Agostino v. Wells Fargo Clearing Servs., LLC*, 20 Civ. 357 (CM) (S.D.N.Y. Jan. 23, 2023).

      The Clerk of Court is directed to close this case. The Clerk of Court is further directed to mail this Order to the address on file for the *pro se* Defendant:

> John Bell Young
> c/o D. Cohen
> 224 Western Avenue
> Brattleboro, VT 05301

      SO ORDERED.

Dated: February 19, 2024
       New York, New York

                                                          JENNIFER H. REARDEN
                                                          United States District Judge